# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OPINIONLAB, INC., ) | Case No.: 1:13-cv-01574 |
| ) | |
| Plaintiff, ) | (consolidated with Civil Action No. 12-cv- |
| ) | 5662 for pretrial purposes) |
| vs. ) | |
| ) | Hon. Judge Harry D. Leinenweber |
| QUALTRICS LABS, INC., ) | Hon. Magistrate Judge Jeffrey Cole |
| QUALTRICS, LLC ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |
| ) | |
| QUALTRICS LABS, INC., ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| vs. ) | |
| ) | |
| OPINIONLAB, INC., ) | |
| ) | |
| Counterclaim Defendant. ) | |

## ORDER

This matter came before the Court on the unopposed motion of Defendants Qualtrics Labs, Inc. and Qualtrics LLC (collectively "Qualtrics") for leave to amend its final invalidity contentions.

After considering this matter, and for good cause shown, it is hereby ORDERED, that Qualtrics is granted leave to amend its final invalidity contentions, as shown its First Amended Invalidity Contentions, attached as Exhibit A to the memorandum in support of Qualtrics's motion.

SO ORDERED, this 7th day of August, 2014.

_____
Hon. Judge Harry D. Leinenweber