**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OPINIONLAB, INC., | Case No. 1:13-cv-01574 |
| Plaintiff, | (consolidated with Civil Action No. 12-cv-5662 for pretrial purposes) |
| vs. | Hon. Judge Harry D. Leinenweber |
| QUALTRICS LABS, INC., QUALTRICS, LLC, | Hon. Magistrate Judge Jeffrey Cole |
| Defendants. | JURY TRIAL DEMANDED |
| QUALTRICS LABS, INC., QUALTRICS, LLC, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| OPINIONLAB, INC., | |
| Counterclaim Defendant. | |

## ORDER

This matter came before the Court on the unopposed motion of defendants Qualtrics Labs, Inc. and Qualtrics, LLC (collectively "Qualtrics") to stay this litigation pending the resolution of the five asserted patents for which the United States Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB") has instituted *inter partes* review: U.S. Patent Nos. 6,606,581, 7,085,820, 7,370,285, 8,024,668, and 8,041,805 (collectively, the "Instituted IPRs")

After considering this matter, and for good cause shown, it is hereby ORDERED that this case shall be stayed pending the final resolution of all Instituted IPRs. Within fourteen days of the final resolution of all Instituted IPRs, the parties shall meet and confer regarding a proposed

scheduling order to govern the remainder of the case, and shall promptly submit this proposed order to the Court.

SO ORDERED, this 7th day of August, 2014.

_____

Hon. Judge Harry D. Leinenweber